**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-22871-LMR

JEAN VELEZ,

      Plaintiff,

v.

THE TJX COMPANIES, INC.,

      Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES[1]**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 16, 2026**. In addition, by **July 16, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July 2026.

_____
**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**

cc:    All parties.

---

[1] The parties must not include U.S. Magistrate Judge Reid as an interested party unless she has an interest in the litigation.