**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-22871-LMR

JEAN VELEZ,

      Plaintiff,

v.

THE TJX COMPANIES, INC.,

      Defendant.

_____/

**ORDER REQUIRING *PRO SE* PLAINTIFF TO COMPLETE NOTICE OF**
**ELECTRONIC FILING CONSENT FORM**

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. To ensure *pro se* Plaintiff Jean Velez ("Plaintiff") timely receive all notices of electronic filings in this case, the Court orders Plaintiff to complete the Notice of Electronic Filing Consent Form, attached hereto as Exhibit 1, and file the completed form with the Court within seven (7) days of receipt of this Order.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July 2026.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    Plaintiff, *pro se*