# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.  1:26-cv-22871-LMR

JEAN VELEZ_____ , **Plaintiff**

**vs.**

THE TJX COMPANIES INC.____ , **Defendant**

```
FILED BY_____D.C.

JUL 0 7 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## CONSENT BY PRO SE LITIGANT (NON-PRISONER) TO RECEIVE NOTICES OF ELECTRONIC FILING

I, __Jean Velez_____ , am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above case.  In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case.  I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel.  By consenting to electronic notice, I understand that **I am responsible for maintaining a current email address with the Court.**  I hereby certify that:

[X] I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes  while  the  above  case  is pending. (The Notice of Change of Address Form can be found under the Pro Se Section of the Court's website@                              .)

[X] I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel.  I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from cmecfautosender@flsd.uscourts.gov.

[X] I am responsible for managing my email account and am responsible for others who many have access to my email account.

[X] I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records). **I understand I will not receive any notices via email until I have a PACER account.** (To register for an account or for additional information see the Pro Se Section on the Court's website at www.flsd.uscourts.gov or go to www.pacer.gov.)

Print

Reset Form

 I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees. (Note: Most PACER users do not accrue enough charges to actually pay any fees).

I understand and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF system: Windows or Macintosh operation system; Javascript enabled browser; and Internet Explorer or Firefox browser supported by CM/ECF (See Pro Se Section on Court's website at                    for browser information). I also understand that high speed internet access is strongly recommended over dial-up internet service, which will reduce the amount of time to download lengthy documents.

I further understand that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending.

Date: July 7, 2026

Signature of Pro se Litigant (Non-Prisoner)

Email Address: Jeanvelez@myyahoo.com
Street Address: 1146 NW 7th CT apt 602
City, State, Zip Code: Miami, Fl, 33136
Telephone No: (305) 923-8906

Print

Reset Form