UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:26-cv-22871-LMR

JEAN VELEZ,

          Plaintiff,

v.

THE TJX COMPANIES, INC.,

          Defendant.

_____/

FILED BY _____ D.C.

JUL 07 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested

Parties, entered July 2, 2026 (Document 12), and Local Rule 16.1 of the United States District

Court for the Southern District of Florida, Plaintiff Jean Velez hereby certifies that the following

persons and entities have a financial interest in the outcome of this case:

1.   Jean Velez — Plaintiff. Individual plaintiff and sole person with a direct financial interest in any recovery obtained in this matter.

Plaintiff is an individual proceeding pro se and has no subsidiaries, parent corporations, affiliates, conglomerates, or other identifiable legal entities with a financial interest in this litigation.

Respectfully submitted,

**Jean Velez, Plaintiff, Pro Se**
1146 NW 7th Court, Apt. 602
Miami, Florida 33136
(305) 923-8906
jeanvelez@myyahoo.com
Dated: July 7, 2026

I HEREBY CERTIFY that on July 7, 2026, I served a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties upon counsel for Defendant by depositing the same in the United States Mail, via certified mail, postage prepaid, addressed as follows:

Alexandre S. Drummond, Esq.

Seyfarth Shaw LLP

1075 Peachtree Street N.E., Suite 2500

Atlanta, Georgia 30309

**Jean Velez, Plaintiff, Pro Se**